UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNARD L. DAVIS,                          )         Case No. CV 06-4744-JVS (JEM)
                                           )
                    Petitioner,            )
                                           )         **JUDGMENT**
            v.                             )
                                           )
A.J. MALFI, Warden,                        )
                                           )
                    Respondent.            )
_____)

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  March 16, 2015

                                        _____
                                                   JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE