JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNARD LEE DAVIS,<br><br>      Petitioner,<br><br>      v.<br><br>A.J. MALFI, Warden,<br><br>      Respondent. | Case No. CV 06-4744-JVS (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 5/4/22

                                                              JAMES V. SELNA<br>
                                       UNITED STATES DISTRICT JUDGE